ELSIE SLOAN, Respondent, v. ROBERT SLOAN, Appellant.—

Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.